1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

               Plaintiff,

      v.

DEPARTMENT OF CORRECTIONS, *et al*,

               Defendants.

Case No.  C007-5484FDB-KLS

ORDER TO SHOW CAUSE

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

On September 10, 2007, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*]. (Dkt. #1).  Pursuant to 28 U.S.C. § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or

ORDER
Page - 1

1    was confined.

2  Plaintiff thus was required to submit a statement showing the balance and activity of his account for the

3  six-month period immediately preceding the filing of his complaint.  However, plaintiff has submitted a

4  copy of his account only for the one-month period of May 2007.

5           Accordingly, the Court orders the following:

6     (1)    Plaintiff shall seek to cure the above deficiency by filing **no later than October 20, 2007**,

7           (a) a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing

8           the balance and activity of his account(s) for the six-month period immediately preceding

9           the filing of his complaint.

10          **Failure to cure this deficiency by the above date shall be deemed a failure to properly**

11          **prosecute this matter and the Court will recommend dismissal of this matter.**

12    (2)    The Clerk is directed to send a copy of this Order to plaintiff.

13    DATED this 20th day of September, 2007.

16                                    _Karen L. Strombom_
                                    Karen L. Strombom
17                                    United States Magistrate Judge

ORDER
Page - 2